# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACQUELINE YEAGER, CANDACE GRAVIL, and MATRECE LEROY, on behalf of themselves and others similarly situated, <br><br> **Plaintiffs,** <br><br> v. <br><br> NxCARE, INC., NxLABS, INC., WELLNX LIFE SCIENCES INC., DEREK WOODGATE, BRAD WOODGATE, and SCOTT WELCH, <br><br> **Defendants.** | Case No.: 07-cv-129-DRH-PMF |

## ORDER

After consideration of the parties' joint motion to stay, it is

ORDERED that all further proceedings in this action be stayed pending the MDL Panel's decision on whether the case should be transferred to the District of Maryland.

/s/      David   RHerndon
United States District Judge

Dated: June 8, 2007